**FILED**
**SCRANTON**

AUG - 5 2016

PER _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIDELITY DEPOSIT & DISCOUNT BANK: | |
| 101 North Blakely Street | |
| Dunmore, PA 18512 | CONABOY |
| Plaintiff | |
| v. | JUDGE __16-1617__ |
| LEENA SHAH | |
| 20 Tower Road | |
| Edison, NJ 08820 | |
| ANKIM M. SHAH | |
| 64 Chatsworth Court | |
| Edison, NJ 08820 | JUDGMENT BY CONFESSION |
| BHARAT PARIKH | |
| 125 Eileen Drive | |
| Cedar Grove, NJ 07009 | CIVIL ACTION AT LAW |
| BHUPENDRA PATEL | |
| aka BHUPEN PATEL | AND EQUITY |
| 27 Canterbury Way | |
| Farmingdale, NJ 07727 | |
| RITA SHAH | |
| 24 Urma Place | |
| Bloomfield, NJ 07003 | |

```
DIVYAKANT PATEL                      :
   936 Beatrice Parkway              :
   Edison, NJ 08820                  :
                                     :
HARSHAD PATEL                        :
   aka Harshadku I. Patel            :
   6 Connors Court                   :
   Sayreville, NJ 08872              :
KETUL DESAI                          :
   8 Dryer Court                     :
   Plainsboro, NJ 08536              :
BHARAT SHAH                          :
   51 Grissing Court                 :
   Cedar Grove, NJ 07009             :
RIKESH DESAI                         :
   23 Southall Court                 :
   Wayne, NJ 07670                   :
                                     :
               Defendants            :   DOCKET NO.:_____
                                     :
```

## JUDGMENT

NOW, this 5th day of August, 2016, judgment is hereby entered in favor of the Plaintiff, Fidelity Deposit & Discount Bank, and against the Defendants, Leena Shah, Ankim M. Shah, Bharat Parikh, Bhupendra Patel, a/k/a Bhupen Patel, Rita Shah, Divyakant Patel, Harshad Patel, a.k.a. Harshadku I, Patel, Ketul Desai, Bharat Shah, and Rikesh Desai in the sum of Four Million One Hundred Fifty-Four Thousand Three Hundred Twenty-Nine Dollars and 98/100 ($4,154,329.98), plus continuing attorney's fees, costs and accruing interest, jointly and severally against the Defendant and in favor of Plaintiff Fidelity Deposit & Discount Bank, together with costs and accruing interest at a per diem rate of $509.86 until the date that the obligations set forth herein are satisfied in

full.

        UNITED STATES DISTRICT COURT FOR THE
        MIDDLE DISTRICT OF PENNSYLVANIA
        CLERK OF COURT
            Peter J. Welsh, Acting

BY: _____